IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY R. SCOTT         CHAPTER 13
        DEBTOR         CASE NO.: 1:20-bk-01920

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Kindly enter my appearance on behalf of Debtor Timothy R. Scott for the above referenced case.

**By: /s/ Nicholas G. Platt**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
717-632-4656 Phone
717-632-3612 Fax

Dated: February 8, 2021