UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   TIMOTHY R. SCOTT                        :   CHAPTER 13
        Debtor(s)                               :
                                                :
        CHARLES J. DEHART, III                  :
        STANDING CHAPTER 13 TRUSTEE             :
        Movant                                  :
                                                :
        vs.                                     :
                                                :
        TIMOTHY R. SCOTT                        :
        Respondent(s)                           :   CASE NO.   1-20-bk-01920


TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

     AND NOW, this   19th   day of February, 2021, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

     1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

     Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon disposable income on Schedules I and J and
specifically disputes the following amounts:

        a.   Home maintenance – Line 4C

     2.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.   Insufficient Monthly Net Income as indicated on Schedules I and J.

     3.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

        a.   Last paystub dated February, 2021.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097


BY:        /s/James K. Jones
           Attorney for Trustee


CERTIFICATE OF SERVICE

AND NOW, this   19th   day of February, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Wade Parker, Esquire
230 York Street
Hanover, PA   17331


/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee