IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY R. SCOTT             CASE NO. 1:20-BK-01920-HWV
       DEBTOR                     CHAPTER 13

TIMOTHY R. SCOTT
       MOVANT
VS.

CAVALRY SPV I, LLC
       RESPONDENT

## OBJECTION TO PROOF OF CLAIM # 1 CAVALRY SPV I, LLC

    **NOW COMES** the above-named Debtor, by and through their attorney of record, pursuant to 11 U.S.C. Section 502(b) and Bankruptcy Rule 3002, and respectfully object to the proof of claim #1 filed Cavalry SPV I, LLC (Cavalry) on June 29, 2020 for the following reasons:

1. On June 25, 2020 Debtor filed this Chapter 13 Case.

2. On June 29, 2020, Cavalry filed proof of claim # 1 in Debtor's case in the amount of $5,344.16.

3. Debtors assert that the supporting information attached to Cavalry's proof of claim shows a "Last Payment Date" of November 9, 2006 and a "Charge off Date" of August 14, 2006.

4. Debtor asserts he have not made payments after the "Last Payment Date" and this debt does not appear on his credit report.

5. Debtor therefore asserts that Cavalry abandoned collection of this claim as of the "Charge off Date" of August 14, 2006.

6. Debtor asserts that pursuant to 11 U.S.C. § 502(b)(1), applicable Pennsylvania law governs the collectability of this debt.

7. Debtors assert that this debt is time-barred and uncollectable pursuant to 42 Pa.C.S. § 5525(a).

8. Debtors assert Cavalry's unsecured claim filed with proof of claim #1 should be disallowed in its entirety.

    **WHEREFORE**, the Debtor respectfully requests the Court issue an order disallowing Claims #1 filed by Cavalry in its entirety.

Case 1:20-bk-01920-HWV    Doc 31    Filed 03/23/21    Entered 03/23/21 11:12:53    Desc
Main Document    Page 1 of 2

Dated: March 23, 2021                                    Respectfully Submitted,

/s/ Nicholas G. Platt
Nicholas G. Platt (327239)
Counsel for Debtor
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax