IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Timothy R. Scott  CASE NO.: 1:20-bk-01920
    Debtor  CHAPTER 13

## CERTIFICATION REGARDING SERVICE OF 3rd AMENDED CHAPTER 13 PLAN

The undersigned, counsel for the above-captioned Debtor, hereby certifies that the 3rd Amended Chapter 13 Plan filed on April 23, 2021 proposes Amending Chapter 13 Plan to clarify treatment of unsecured creditors.

I further certify that notice of the filing of the 3rd Amended Chapter 13 Plan and the Notice of Hearing has been served (by mail through United States Postal Service) on all the creditors listed in Debtors' Chapter 13 schedules (see attached mailing matrix), the Chapter 13 trustee, and the Unites States Trustee.

Dated: April 23, 2021  **/s/Nicholas G. Platt**
  Nicholas G. Platt (327239)
  MOONEY LAW
  230 York Street
  Hanover, PA 17331
  ngp@mooney4law.com
  (717) 243-4770 Telephone
  (717) 632-3612 Facsimile