United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01920-HWV |
| Timothy R Scott | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

**Recip ID          Recipient Name and Address**
+   Alfred Brothers, CEO, P.O. Box 27288, Tempe, AZ 85285-7288

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: bankruptcy@cavps.com | Apr 28 2021 18:47:00 | Cavalry Portfolio Services, C/O Karen Borgatti, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Timothy R Scott ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | |

        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

Stephen Wade Parker
        on behalf of Debtor 1 Timothy R Scott Mooneybkecf@gmail.com R61895@notify.bestcase.com

Thomas Song
        on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Timothy R. Scott       Case No. 1:20-bk-01920-HWV
       Debtor      Chapter 13

## ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #1 CAVALRY SPV I, LLC

Upon consideration of the Objection to Proof of Claim # 1 Filed by Cavalry SPV I, LLC filed herein by the Debtor, the Court hereby orders Claim #1 filed by Cavalry SPV I, LLC is disallowed as a secured claim and allowed only as an unsecured claim.

Dated: April 28, 2021      By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Case 1:20-bk-01920-HWV    Doc 31-1    Filed 03/23/21    Entered 03/23/21 11:12:53    Desc
Proposed Order    Page 1 of 1
Case 1:20-bk-01920-HWV    Doc 42    Filed 04/30/21    Entered 05/01/21 00:34:03    Desc
Imaged Certificate of Notice    Page 3 of 3