Certificate Number: 16339-PAM-DE-036337466

Bankruptcy Case Number: 20-01920



16339-PAM-DE-036337466

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 17, 2022</u>, at <u>4:32</u> o'clock <u>PM EST</u>, <u>Timothey Scott</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 17, 2022</u>

By: <u>/s/Kelley Tipton</u>

Name: <u>Kelley Tipton</u>

Title: <u>Certified Financial Counselor</u>