United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 20-01920-HWV

Timothy R Scott                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                 User: AutoDocke                                           Page 1 of 4
Date Rcvd: Oct 11, 2023                          Form ID: ordsmiss                                       Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy R Scott, 52 Casino Drive, Hanover, PA 17331-9744 |
| 5338348 | + | Allied Interstate Llc, Attn: Bankruptcy Department, Po Box 361477, Columbus, OH 43236-1477 |
| 5338354 | | Corelogic Tax Services, LLC, P.O. Box 9205, Coppell, TX 75019-9214 |
| 5352569 | + | Hanover Anesthesia, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 5338369 | | Vermont Department of Taxes, PO Box 1779, Montpelier, VT 05601-1779 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 11 2023 18:43:21 | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5338349 | ^ | MEBN | Oct 11 2023 18:43:16 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 5338353 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 11 2023 18:44:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411-0001 |
| 5338350 | + | EDI: CAPITALONE.COM | Oct 11 2023 22:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5341859 | | EDI: CAPITALONE.COM | Oct 11 2023 22:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5338352 | + | Email/Text: bankruptcy@cavps.com | Oct 11 2023 18:44:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 5339303 | + | Email/Text: bankruptcy@cavps.com | Oct 11 2023 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5361327 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 11 2023 18:44:00 | Comptroller of Maryland, 301 west Preston Street Room 408, Baltimore, MD 21201-2383 |
| 5349577 | | Email/Text: BNCnotices@dcmservices.com | Oct 11 2023 18:44:00 | Emergency Physician Associate of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5338356 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 11 2023 18:44:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 5351573 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 11 2023 18:44:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,10500 KINCAID DRIV, FISHERS IN 46037-9764 |
| 5459337 | ^ | MEBN | Oct 11 2023 18:43:21 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services, LLC as Servicer for U.S. Bank, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

| | | | | |
|---|---|---|---|---|
| 5338355 | + | EDI: AMINFOFP.COM | Oct 11 2023 22:47:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5338357 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 11 2023 18:44:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5338358 | + | EDI: IRS.COM | Oct 11 2023 22:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5340240 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 18:49:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5338359 | | Email/Text: camanagement@mtb.com | Oct 11 2023 18:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5350417 | + | Email/Text: camanagement@mtb.com | Oct 11 2023 18:44:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5338360 | + | EDI: AGFINANCE.COM | Oct 11 2023 22:46:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5338361 | | EDI: PENNDEPTREV | Oct 11 2023 22:47:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5338361 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 18:44:00 | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5356603 | + | Email/Text: joey@rmscollect.com | Oct 11 2023 18:44:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5350394 | | EDI: PENNDEPTREV | Oct 11 2023 22:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5350394 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5342384 | + | EDI: JEFFERSONCAP.COM | Oct 11 2023 22:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5342176 | | EDI: Q3G.COM | Oct 11 2023 22:47:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5338362 | | Email/Text: joey@rmscollect.com | Oct 11 2023 18:44:00 | Receivable Management Inc, Bankruptcy Dept/Receivables Management S, 7206 Hull Rd Ste 211, Richmond, VA 23235 |
| 5338363 | + | EDI: RMSC.COM | Oct 11 2023 22:46:00 | Synchrony Bank/Mattress Firm, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5338364 | + | Email/Text: bkyelectnotices@trelliscompany.org | Oct 11 2023 18:44:00 | Texas Guaranteed Std Loan Corp, Attn: Bankruptcy, Po Box 83100, Round Rock, TX 78683-3100 |
| 5338366 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 11 2023 18:44:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 5338367 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 11 2023 18:44:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 5462272 | + | Email/Text: flyersprod.inbound@axisai.com | Oct 11 2023 18:44:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, c/o Rushmore Loan Management Services 92619-5004 |
| 5459335 | + | Email/Text: flyersprod.inbound@axisai.com | Oct 11 2023 18:44:00 | U.S. Bank National Association c/o, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5459336 | + | Email/Text: flyersprod.inbound@axisai.com | | |

| | | | |
|---|---|---|---|
| | | Oct 11 2023 18:44:00 | U.S. Bank National Association c/o, Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association c/o, Rushmore Loan Management Services, LLC 92619-5004 |
| 5353336 | EDI: AIS.COM | Oct 11 2023 22:47:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5338368 | + EDI: VERIZONCOMB.COM | Oct 11 2023 22:46:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5338351 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5462273 | *+ | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services, LLC as Servicer for U.S. Bank, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5338365 | *+ | Texas Guaranteed Std Loan Corp, Attn: Bankruptcy, Po Box 83100, Round Rock, TX 78683-3100 |
| 5462271 | *+ | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Nicholas G. Platt | |

| | |
|---|---|
| | on behalf of Debtor 1 Timothy R Scott ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Stephen Wade Parker | |
| | on behalf of Debtor 1 Timothy R Scott wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Thomas Song | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy R Scott,                               Chapter     13

    **Debtor 1**

                                              Case No.     1:20−bk−01920−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 11, 2023

ordsmiss (05/18)